UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
**ADMIRAL INSURANCE CO.**,

      Plaintiff,

- against -

**NIAGARA TRANSFORMER CORP.**,

      Defendant.
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: July 17, 2020

20-cv-04041(ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's letter dated July 17, 2020. ECF No. 14. Defendant is ORDERED to respond to Plaintiff's letter proposing a cross-motion, ECF No. 12, by July 21, 2020. Thereafter the Court will grant or deny Plaintiff's request for pre-motion conference. If the Court grants leave for Plaintiff to file its cross-motion, Plaintiff will be ordered to follow the same briefing schedule set forth in the Court's recent Order, ECF No. 13.

**SO ORDERED:**

Dated: New York, New York
      July 17, 2020

_____
Andrew L. Carter, Jr.
United States District Judge