| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: _7/22/2020_ |

**ADMIRAL INSURANCE COMPANY,**

                **Plaintiff,**

-against-

**NIAGARA TRANSFORMER CORP.,**

                **Defendant.**

**1:20-CV-4041-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Upon consideration of the Parties' submissions on Plaintiff's request for a pre-motion conference regarding an anticipated cross-motion for summary judgment, ECF Nos. 12, 14, 16, Plaintiff's request for pre-motion conference is hereby DENIED. The Court GRANTS Plaintiff leave to file the cross-motion for summary judgment. Plaintiff is directed to file such motion on the schedule indicated for Defendant's motion for summary judgment in the Court's July 14, 2020 Order, ECF No. 13.

**SO ORDERED.**

**Dated**:   **July 22, 2020**
           **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**