UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Admiral Insurance Co.,

                Plaintiff,

  -against-                                      20 **CIVIL** 4041 (ALC)

                                                  **JUDGMENT**

Niagara Transformer Corp.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2021, Defendant Niagara's motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(1), is hereby GRANTED. Plaintiff Admiral's declaratory judgment action against Niagara is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       September 30, 2021

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                              **BY:**      *K. Mango*

                                                           **Deputy Clerk**