UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ADMIRAL INSURANCE COMPANY,

                  Plaintiff,

     -against-

NIAGARA TRANSFORMER CORP.,

                  Defendant.

---------------------------------------------------------------- x

20-CV-4041 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to provide a Joint Status Report to the Court by February 9, 2023.

**SO ORDERED.**

**Dated:**     **New York, New York**
          **January 26, 2023**

*[signature]*

     **ANDREW L. CARTER, JR.**
     **United States District Judge**