MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 10, 2023



Phone: 973-957-2550
Fax: 973-710-1054

Kinney Lisovicz Reilly & Wolff PC
ATTORNEYS AT LAW
www.klrw.law

Justin N. Kinney, Esq.
justin.kinney@klrw.law
(973) 957-2551

February 9, 2023

**VIA ELECTRONIC FILING**

The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, NY 10007

> The parties' request for an adjournment is GRANTED. The parties are ordered to file a joint status letter by March 10, 2023 updating the Court on the parties' progress with settlement discussions.
>
> SO ORDERED:
> /s/ Andrew L. Carter, Jr.
> HON. ANDREW L. CARTER, JR.
> UNITED STATES DISTRICT JUDGE
>
> Feb. 10, 2023

Re: **Admiral Insurance Co. v. Niagara Transformer Corp.**
**Docket No.: 1:20-cv-04041-ALC**
**Our File No.: A0047-00733**

Dear Judge Carter:

Our firm represents Admiral Insurance Company ("Admiral") in this action. We write with the consent and on behalf of Niagara and Admiral to jointly request a brief adjournment of today's deadline for the parties to submit a status report. Admiral and Niagara have been discussing a resolution of this matter and the parties believe they are close to reaching agreement on the details, which agreement would permit a voluntary dismissal of this action.

Thank you for your consideration of this matter.

Respectfully yours,

KINNEY LISOVICZ REILLY & WOLFF P.C.

/s/ *Justin N. Kinney*

Justin N. Kinney

cc: Rodman E. Honecker, Esq. (via ECF)

543022