UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NIAGARA TRANSFORMER CORP.,<br><br>Defendant. | Civil Action No. 1-20-cv-04041<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the complaint in this action as against Niagara Transformer Corp. is hereby **DISMISSED WITHOUT PREJUDICE** and without any costs to any party.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile or photocopied signatures shall for purposes of this stipulation be deemed the same as original signatures and that this stipulation may be executed in counterparts.

Dated: Parsippany, NJ
       March 7, 2023

KINNEY LISOVICZ REILLY & WOLFF P.C.

By: _____
    Justin N. Kinney, Esq.

299 Cherry Hill Road8
Suite 300, PO Box 912
Parsippany, New Jersey 07054
973-957-2551
Fax: 973-710-1054
Email: justin.kinney@klrw.law
*Attorneys for Plaintiff*

Dated: New Brunswick, NJ
       March 8, 2023

WINDELS MARX LANE & MITTENDORF LLP

By: _____
    Rodman E. Honecker, Esq.

120 Albany Street Plaza,
New Brunswick, NJ 08901
732-448-2534
Fax: 732-846-8877
Email: rhonecker@windelsmarx.com
*Attorneys for Defendant*